Edward E. Raugstad, Appellant, v. Elizabeth L. Trocke, Appellee.

Gen. No. 46,912.

First District, First Division.

June 21, 1956.

Released for publication September 12, 1956.

Marvin Patrick Cohen, for appellant; David Larson, for appellee. Opinion by JUDGE NIEMEYER. Not to be published in full.